UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN,<br><br>    Petitioner,<br><br>  v.<br><br>R.E. BARNES,<br><br>    Respondent. | No. 2:13-cv-1810-MCE-AC-P<br><br><br>ORDER |

  Petitioner is a state prisoner proceeding pro se and in forma pauperis in this federal habeas corpus action pursuant to 28 U.S.C. § 2254.  On November 4, 2013, this court ordered petitioner to file a formal motion to stay the instant federal habeas proceedings and to specify whether he was seeking a stay pursuant to Rhines v. Weber, 544 U.S. 269 (1995), or Kelly v. Small, 315 F.3d 1063 (9th Cir.), cert. denied, 538 U.S. 1042 (2003), overruled on other grounds by Robbins v. Carey, 481 F.3d 1143 (9th Cir. 2007).  ECF No. 10.  If petitioner elected a stay pursuant to Rhines, he was further instructed to explain how he meets the three-fold standard for relief in that case.  Id. at 2.

  Petitioner has partially complied with the court's order by filing a motion invoking the Rhines stay option.  See ECF No. 11.  However, even liberally construing petitioner's pleadings in their totality, it remains unclear to this court whether or not petitioner has been dilatory in exhausting his claims in state court.  See Haines v. Kerner, 404 U.S. 519 (1972) (per curiam).

Therefore, petitioner is ordered to supplement his motion for a stay by: (1) identifying the specific time period during which he was housed in the Segregated Housing Unit ("SHU"); and (2) specifying what efforts, if any, he has taken to exhaust his ineffective assistance of counsel claims in state court. Petitioner is further directed to provide documentation of any state habeas corpus petitions that he has filed to date as well as any state court decisions resolving those petitions.

Accordingly, IT IS ORDERED that:

1. Within twenty-one days from the date of this order, petitioner shall file a supplement to his motion for a stay addressing the court's concerns noted above; and,

2. Respondent may file a supplemental opposition within seven days from the filing date of petitioner's supplemental motion.

DATED: April 1, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2