UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN, | No. 2:13-cv-1810 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| R. E. BARNES, | |
| Respondent. | |

By order filed on April 21, 2014 (ECF No. 20), the court granted in part petitioner's request for an extension of time to supplement his pending motion for a stay. In his request (ECF No. 19), petitioner states that he has been placed in administrative segregation and separated from his legal property since March 24, 2014. Petitioner includes exhibits that indicate that he was placed in ad seg as a result of his "participation in a multiple race riot." Id. at 2. He also includes exhibits demonstrating that he has made three subsequent requests for access to his legal property and/or library access. Id. at 3-5. He avers he has received no response to his requests.

Because it is unclear how petitioner can fully comply with the order of the court without, at a minimum, access to his relevant legal property, respondent is directed to provide information within fourteen (14) days regarding: 1) the disposition of petitioner's requests for access to legal material; 2) any dates since April 2, 2014 on which petitioner has been provided access to his

////

1  legal property; and 3) any future dates upon which it is anticipated that petitioner will be granted
2  access to his legal property.
3      IT IS SO ORDERED.
4  DATED: April 28, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE