IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON R. BRANNIGAN,** | Case No. 2:13-cv-01810-MCE-AC |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **R.E. BARNES,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional fourteen (14) days, to and including May 27, 2014 to file a response to this Court's order (Dkt. 21).

Dated: May 13, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE