UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R.E. BARNES,<br><br>　　　　Respondent. | No. 2:13-cv-01810-MCE-AC-P<br><br><br>ORDER |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis in this federal habeas corpus action pursuant to 28 U.S.C. § 2254. In response to this court's order of April 29, 2014, respondent has submitted evidence indicating that petitioner is now in possession of his legal file and necessary documents to be able to comply with the court's order to file a supplemental motion for a stay. See ECF No. 25. Therefore, the court sua sponte grants petitioner one last thirty day extension of time to file his supplemental motion for a stay in compliance with the order of April 2, 2014. ECF No. 18.

　　　IT IS HEREBY ORDERED that petitioner's supplemental motion for a stay shall be filed within thirty days from the date of this order. If no supplemental motion is filed by that date, the

////

////

////

1

original motion will be deemed submitted, and the court will issue its findings and recommendations in due course thereafter.

DATED: May 19, 2014

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE