UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. BRANNIGAN, | No. 2:13-cv-01810 MCE AC P |
| Petitioner, | |
| v. | ORDER |
| R.E. BARNES, | |
| Respondents. | |

     Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On July 11, 2014, the Magistrate Judge filed Findings and Recommendations herein, ECF No. 29, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed objections to the findings and recommendations.  ECF No. 30.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly,

1. The Findings and Recommendations filed July 11, 2014 (ECF No. 29), are ADOPTED IN FULL;

2. Petitioner's motions for a stay of federal habeas proceedings (ECF Nos. 11, 27) are DENIED;

3. Petitioner is DIRECTED to file, within 28 days, either: (1) a notice that he elects to delete the unexhausted claims and proceed on the merits of his remaining exhausted claim in the original § 2254 petition; or (2) a notice of voluntary dismissal of this case without prejudice; and,

4. In the event that petitioner fails to elect either option identified above within the time provided, the claims identified herein as unexhausted WILL BE STRICKEN and those portions of the petition disregarded for all purposes.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT